```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                CENTRAL DIVISION at LEXINGTON
```

CHARLES SHOCKLEY,                )
                                 )
    Plaintiff,                   )       Case No.
                                 )       5:18-cv-010-JMH
v.                               )
                                 )       **JUDGMENT**
PORTFOLIO RECOVERY ASSOICATES,   )
LLC, et. al.                     )
                                 )
    Defendants.                  )
                                 )

                                      ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and consistent with the Court's Order entered this date and the previously entered Memorandum Opinion and Order [DE 17], **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** as follows:

(1) Default Judgment is **ENTERED** in favor of the Plaintiff Charles Shockley with respect to all issues raised herein against Defendant United Adjustment Corporation;

(2) All deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

(3) All remaining claims for relief and pending motions are **DENIED AS MOOT**;

(4) The Clerk **SHALL** serve Defendant United Adjustment Corporation with a copy of this Judgment at the same address where

United Adjustment Corporation was previously served in this matter;

(5) This matter shall be **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**; and

(6) This is a **FINAL** and **APPEALABLE** Judgment and **THERE IS NO JUST CAUSE FOR DELAY**;

This the 8th day of November, 2018.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge